Corby R. Vowell, Goldstein, Faucett & Prebeg, LLP, of Houston, TX, argued for plaintiff-appellant. With him on the brief was Edward W. Goldstein.

Kevin P. Anderson, Wiley Rein LLP, of Washington, DC, argued for defendant-appellee. With him on the brief were James H. Wallace, Jr. and Karin A. Hessler. Of counsel on the brief was Joseph E. Addiego, III, Davis Wright Tremaine LLP, of San Francisco, CA.

MAYER, SCHALL, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Eric P. Bruskin, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Reginald T. Blades, Jr., Assistant Director, and Robert E. Chandler, Trial Attorney.

MAYER, LOURIE, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Thomas S. FITZGERALD, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 2009–3109.

United States Court of Appeals, Federal Circuit.

May 6, 2010.

Myrrel C. Hendricks, Jr., Gebhardt & Associates, LLP, of Washington, DC, argued for petitioner.

**Peter J. LIZZIO, Petitioner,**

v.

**DEPARTMENT OF The ARMY, Respondent.**

No. 2009–3136.

United States Court of Appeals, Federal Circuit.

May 6, 2010.